# Exhibit 2

| | |
|---|---|
| **From:** | Steve Tarte <Steve.Tarte@madridcpwg.com> |
| **Sent:** | Thursday, June 1, 2023 8:13 PM |
| **To:** | PK; Dan Hart; Varaprasad Gurajapu; Sanjay Kumar Barnwal |
| **Subject:** | RE: Review on San Antonio WWTS project - High attention Important Action items |
| **Attachments:** | 2023-06-01_201018.pdf |

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

Please see executed MOU.

Steve



**Stephen R. Tarte**
Principal/CEO

[www.madridcpwg.com](www.madridcpwg.com)

Cell: (813) 334-9914

email: Steve.Tarte@madridcpwg.com

Florida: Bartow | Chipley | Jacksonville | Oviedo | St. Pete Beach | Tampa

Missouri: Branson | Arkansas: Springdale

**DBE/MBE/SBE Certified**

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, June 1, 2023 9:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Fwd: Review on San Antonio WWTS project - High attention Important Action items

Hi Dan,
attached is the one with name change. You can add both names if you would like. Please sign this and we can finalize on it today

Best Regards
PK Tickoo
5137678660

---

**From:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>
**Sent:** Friday, May 26, 2023 8:26:56 AM
**To:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor

1

<Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve,

Requesting your singed copy on the attached latest version with your company name mentioned fully as mentioned in all of our P.O.'s & your invoices so far for consistency.

Thanks,
Varaprasad.

---

**From:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>
**Sent:** Thursday, May 25, 2023 6:35 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve, Dan,

We found some minor errors in the MoU. I have corrected those and attached. I request you to please sign and send back asap.

The changes are as follows:
1. LTTS full name
2. CPWG full name
3. Date (below Steve's sign was indicating year 2022 in place of 2023)

I am communicating as PK is out of office and travelling.

Regards,
Ved

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Thursday, May 25, 2023 12:45 AM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

Please see attached.

Thanks.

dch

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 24, 2023 10:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve Dan,
Please see attached. I request you please sign it and send back asap.
Believe me I hurting on time

*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 23, 2023 at 2:02 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

All,

Please see attached with a few suggestions based on my read of the revised document. PK and Vara if you and team could take a quick look at these before it goes out for future review to make sure we are on the same page that would be great.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 23, 2023 12:57 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Steve,
Please see attached the final clean version for you to sign. Please execute it today.
We request you send the emails to the venders today for us to start working on the transition


*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   


**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 23, 2023 at 7:27 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

Sounds good. I just used the language you and your team provided in the initial MOU. But, if we need to adjust the payment time line, let's get it figured out.

Thanks.

Dch

Get Outlook for iOS

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Monday, May 22, 2023 7:45:34 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
I would need to run this by our team to get their consent. I will do that early morning tomorrow ns subsequently will suggest any changes if needed.
In principal I am OK but we would need to set the time line on repayments

*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Monday, May 22, 2023 at 3:18 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

I added some details as we discussed and tried to make it clear for our path forward. Hopefully, this will help us all in the future!

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Friday, May 19, 2023 3:46 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott

<Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
Per our conversation please see the updated. I have highlighted the areas where we need to fill in mutually agreed numbers based on your calculations.
I request you work on this today and send it back by tonight or tomorrow morning.

Ved / Vara – Please fill in the numbers as per your calculations in the men time


*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
M: +1-5137678660
L&T Technology Services
www.LTTS.com

   

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Friday, May 19, 2023 at 3:32 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

It was good to talk with you. As we discussed, we will get something in place by COB Monday that we can work with for the San Antonio project.

Thanks.

dch

**From:** Dan Hart
**Sent:** Friday, May 19, 2023 1:45 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>

**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Pk,

I was waiting for you to respond with the changes. There is now also a desire to finalize some details of the agreement, such as what LTTS is expecting in terms of repayment and what any terms of that repayment are.

Thanks.

dch

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, May 18, 2023 8:26 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Team,
We did not get anything back today on MOU. Can we please ensure we have the document back tomorrow.

*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

   

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Date:** Wednesday, May 17, 2023 at 2:32 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
Yes we need to have the conversations urgently with the subcontractors.

It is not if it happens but how soon can we make it happen. Please cooperate and help us move froward in resolving customer concerns.
Vara - Please schedule the calls

Best Regards
PK Tickoo
5137678660

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Wednesday, May 17, 2023 2:26:01 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

There are seemingly some comments coming. But initially the doc says there have been "overpayments" made and that is not correct. Payments have been made in general accordance with terms of PO.

There are comments/concerns regarding the details as Steve alluded to. If you think it is urgent to talk to subs, I suggest conversation is focused around this concept being something that is being considered/planned for in the event it happens. At least this does not stagnate the the process.

Thanks.

Dch

Get Outlook for iOS

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 17, 2023 9:11:32 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Thanks Steve,

Please rush this process as what we do not have is the luxury of time. We need this sorted today. Please help getting the conversations started with sub cons today.


*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
M: +1-5137678660
L&T Technology Services

www.LTTS.com

   

---

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Date:** Wednesday, May 17, 2023 at 7:12 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>, Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Good morning PK,

we have reviewed and provided to our attorney for review. I expect a fairly quick turn around.

We do have changes to suggest and more detailed information we believe that needs included. Dan will take the lead with you on the content.

Regards,
Steve



Sent via the Samsung Galaxy S10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 6:48:03 PM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve and Dan,
Please see attached the NDA as discussed. Let me know if you any questions. Please sign and return a copy by tomorrow.

**Best Regards**
***Praduman K Tickoo (PK)***
Global Client Partner
M: +1-5137678660
L&T Technology Services
www.LTTS.com

   

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 11:05 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Gents,

I have not been through something like this before, but it would seem to me that we would need a plan or an MOU at least or something, between CPWG and LTTS with a fully understood plan of action moving forward. Then once we agree on a plan, we could put the plan into motion and make the necessary contacts with folks and then get whatever paperwork is needed in place with them as well.

Just my thoughts.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 10:14 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve,
Thanks for your understand and cooperation.

I apologize for some lose comments about the commercials by Vedanarayana on the call with Burt. We will manage these conversations differently going forward with other Subs.


**Best Regards**
***Praduman K Tickoo (PK)***
Global Client Partner
M: +1-5137678660
L&T Technology Services
www.LTTS.com

   

---

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 9:59 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Dan Hart <Dan.Hart@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Good morning PK,

I agree with the contents of our discussion yesterday. My concern right now is making sure that there is coordination on how to inform the sub-contractors and that Dan and Vann would take the lead in those discussions. There was a call today with Burt's and LTTS personal "dropped the bomb" of the change without coordination.

I believe this prior coordination and scripting is important to not disrupt the sub-contractor's willingness to remain and complete the project.

Regards,
Steve




www.madridcpwg.com

**Stephen R. Tarte**

Principal/CEO

Cell: (813) 334-9914

email: Steve.Tarte@madridcpwg.com

Florida: Bartow | Chipley | Jacksonville | Oviedo | St. Pete Beach | Tampa

Missouri: Branson | Arkansas: Springdale

**DBE/MBE/SBE Certified**



**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 9:45 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Review on San Antonio WWTS project - High attention Important Action items

HI Steve,
Good morning
Just wanted to document our discussion yesterday. Per PepsiCo's request, LTTS will assume the GC roll for San Antonio Project directly with immediate effect.
We request your cooperation and support on this . We would like you to please communicate this to your subcontractors and ask them to cooperate with us as we figure out this transition.
We will keep all your commercials confidential and will not disclose it to larger audience in LTTS.
Also as discussed we would like to have Vann as part of this project, please help to make this happen.

Please let me know if you have any suggestions or concerns. Please respond by noon today with any concerns.


***Best Regards***
***Praduman K Tickoo (PK)***
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

   

---

**From:** Varaprasad.Gurajapu@Ltts.com
**When:** 10:00 AM - 10:30 AM May 15, 2023
**Subject:** Review on San Antonio WWTS project - High attention Important Action items
**Location:** Microsoft Teams Meeting


**<u>Agenda :</u>**

1. Review on submitted / pending Lien Waiver letters from CPWG Sub cons.
2. Feedback from PepsiCo, alignment, acceptance to determine the potential next steps.
3. Immediate next steps & approvals received on change order for BPE to proceed.
4. Final strategy / approach to derive updated engagement roadmap …

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
[Click here to join the meeting](#)

Meeting ID: 456 463 710 375
Passcode: U8Tk6G
[Download Teams](#) | [Join on the web](#)

[Learn More](#) | [Meeting options](#)

_____

**L&T Technology Services Ltd**

[www.LTTS.com](#)

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate [privacy notice](#) applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our [privacy policy](#) available on our website [www.Ltts.com](#) for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

[www.LTTS.com](#)

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate [privacy notice](#) applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our [privacy policy](#) available on our website [www.Ltts.com](#) for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

[www.LTTS.com](#)

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate [privacy notice](#) applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our [privacy policy](#) available on our website [www.Ltts.com](#) for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

[www.LTTS.com](#)

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate [privacy notice](#) applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy

policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.