# Exhibit 3



**L&T Technology Services**

*L&T Technology Services Limited*
*2035 Lincoln Highway, Suite # 3002*
*Edison Square West, Edison*
*NJ - 08817, USA*

November 26, 2024

**VIA EMAIL AND COURIER SERVICE**
Attn: Steve Tarte, Principal/CEO
Cribb Philbeck Weaver Group, Inc (CPWG)
3918 N. Highland Avenue
Tampa, Florida, 33603

RE:     **Demand Request for Past Due Amount of $913,378.02**

Dear Mr. Tarte:

I am writing on behalf of L&T Technology Services LTD ("LTTS") regarding outstanding payments due. Your delinquent account for payments due in the amount of $913,378.02 has been referred to me for collection. It is extremely disappointing that we have to resort to this measure, but your repeated failure to pay the outstanding balance despite numerous reminders and notifications is unacceptable and will no longer be tolerated.

We have attempted to communicate with you on several occasions, both through our account managers and myself, to remind you of your payment obligation. However, we have either received no response or an incorrect assumption that the agreement is not valid. This is unacceptable and demonstrates a complete lack of respect for our business relationship. Please be advised that we take this matter very seriously and will not hesitate to pursue all available legal remedies to recover the outstanding debt, including but not limited to, filing a lawsuit, obtaining a judgment, and hiring a collection agency to recover the debt.

CPWG has executed on June 01, 2023, a Memoordum of Understanding (MOU) on dated June 1May 22, 2023, refer to **Exhibit A**. The MOU clearly states that CPWG will reimburse LTTS in amount of $696,267.58, in relation to the project in San Antonio, Texas. This is an unequivocally valid agreement that cannot be disputed in any way, shape, or form, neither in theory nor by law.

In our prior conversation, you had stated that you never received a copy of the executed agreement, this is false. Please refer to **Exhibit B** for a copy of email dated June 2, 2023, clearly providing you copy of the duly executed agreement. Any further discussion about the agreement being "backdated" or "never received" will be considered defamatory and will be met with an immediate and aggressive legal response.

It is absolutely outrageous that despite numerous requests for payment, including a formal letter sent via post to CPWG offices on August 3rd, 2023, as evidenced in **Exhibit C**, and a formal reimbursement letter dated August 17th, 2023 from my office as evidenced in **Exhibit D**, CPWG has failed to meet its legal obligations. This is a clear and unequivocal breach of our contract and

*Tel: +1 732 248 6111  Fax: +1 7322485899  www.Ltts.com*
*Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai - 400 001. INDIA*

*L&T Technology Services is a subsidiary of Larsen & Toubro Limited*

 **L&T Technology Services**

*L&T Technology Services Limited*
*2035 Lincoln Highway, Suite # 3002*
*Edison Square West, Edison*
*NJ - 08817, USA*

we will not stand for it. We will not hesitate to utilize every legal remedy available to us to recover the outstanding dues. CPWG has been put on notice - compliance is not optional, and we will take the necessary steps to ensure that you pay what you owe.

In addition to the amount stated in the MOU, LTTS has incurred reputational damage and additional costs due to CPWG's failure to perform, the following are listed below:

- Payment to subcontractor Muller & Wilson to close Mechanics Lien due to lack of nonpayment by CPWG: $115,609.07
- Payment to Harrington Fibre glass: $96,183.00
- Payment to Junk start and NDLC for site cleaning charges: $ 5,318.37

This is a formal demand for payment. If we do not receive payment **of $913,378.02 on or before Tuesday, December 10th, 2024** at 5:00 PM EST, we will exercise all of our rights and remedies for collecting the debt, including filing a Complaint seeking a judgment with interest and recovery of attorneys' fees and costs and other collection expenses we incur in the process.  Please immediately send your payment to the following address:

**L&T Technology Services LTD**
**Attn: Priya Padmanabhan**
**2035 Lincoln Highway**
**Suite 3002**
**Edison, New Jersey 08817**

The failure to pay the required amount within the time period set forth above may result in the imposition of interest and other charges as permitted by law, as the Court may determine.   If you seek to continue negotiations on this matter, we can make ourselves available for an in-person discussion on **December 4th at our office in Edison, New Jersey**.

This letter shall serve as, and constitute formal, written notice to you that LTTS continues to demand full and strict compliance with the terms of our agreement to perform work at the above-referenced project.  This letter is given to enforce and preserve LTTS's rights and is not a waiver of any defaults.

If you have any questions, please contact me immediately at nandini.nair@ltts.com. We look forward to your prompt response.

Sincerely,

Nandini Nair, Esq
General Counsel

*Tel: +1 732 248 6111  Fax: +1 7322485899  www.Ltts.com*
*Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai - 400 001. INDIA*

*L&T Technology Services is a subsidiary of Larsen & Toubro Limited*

# EXHIBIT A

**L&T TECHNOLOGY SERVICES LIMITED**                              05/22/2023
2035 Lincoln Highway, Suite #3002
Edison, NJ – 08817, USA

**Cribb Philbeck Weaver Group, Inc.**
3918 N. Highland Avenue, Tampa, FL 33603

Subject:        Memorandum of Understanding (MOU)
                PepsiCo San Antonio Project
                6100 NE Interstate 410 Loop, San Antonio, TX 78218

Dear Steve,

This Memorandum of Understanding (MOU) is entered into between L&T Technology Services Limited ("LTTS") and Cribb Philbeck Weaver Group Inc ("CPWG") (referred to collectively as "the Parties") on this day of 05/22/2023 for the purpose of establishing the terms and conditions related to the transition and reassignment of responsibilities for the San Antonio project.

1.  **LTTS to assume direct GC responsibilities for San Antonio Project**

    The Parties agree that CPWG shall be disconnected from the San Antonio project as the General Contractor (GC) for the current existing/remaining scope of work as of 05/22/2023. LTTS shall assume the role of the General Contractor effective 05/22/2023 (the Effective Date).

2.  **Release of Sub-contractors to LTTS**

    2.1 CPWG agrees to release its sub-contractors and vendors associated with the San Antonio project to LTTS and provide necessary documentation and instructions to ensure a smooth transition.  CPWG providing such releases is subject to the individual subcontractors and vendors to accept such changes.  Subcontractors and vendors of CPWG include, but may not be limited to, the following:
    - Mueller & Wilson Inc – Mechanical, Electrical & Plumbing
    - Lariat Steel Design – Responsible for metal building
    - Burt Process Equipment Inc – Equipment supplier for pH system
    - JG Williams Constructions Inc – Civil construction
    - Harrington – Fiber glass tanks
    - Arrouju Constructions LLC – Civil works and minor equipment supply
    - Odessa Pumps- Pump manufacturer

    2.1 CPWG acknowledges and agrees that following the acceptance of the releases by all parties, LTTS will engage directly with the released sub-contractors and vendors, as the case may be



and have the full authority to manage and direct their activities related to the San Antonio project.

2.2 CPWG will work with LTTS to get the existing contracts with the subcontractors and/or vendors as the case may be, referenced in section 2.1 reassigned and/or transferred.

3    Disclosure of Pricing and Scope of Work Agreements
CPWG agrees to disclose all pricing and scope of work agreements related to the San Antonio project to LTTS, enabling a comprehensive understanding of the project's financial and contractual obligations.

4    Project financial considerations.

4.1 CPWG acknowledges that LTTS has made payments to CPWG in general agreement with the terms and conditions of the contract between LTTS and CPWG.

4.2 CPWG acknowledges that as of May 22, 2023 it has invoiced and received payments of $1,688,662.50 on the base contract between CPWG and LTTS. It is further acknowledged that CPWG has not invoiced nor received payment(s) of the remaining $562,887.50 on the CPWG and LTTS base contract for this project and it is understood that CPWG will not invoice for the remaining work in the future as LTTS is assuming direct responsibility for the GC role as referenced in Article 1 herein.

4.3 CPWG also acknowledges to have invoiced and received full payments against the change orders for a total value of $66,677.98. The change orders were related to the following items wherein some of the identified subcontractors as in Article 2.1 would have potentially performed services.
Additional geo technical survey
Compensation against material price rise
Charges towards permit fee applications and approvals
Relocation of Nitrogen line
Upgrade to HMI panel
Rework expenses on construction of Equalization tank pad due to leaks in pipes under owner control

4.4 As of the date of this agreement, CPWG has been invoiced (by their subcontractors) a total of $1,323,821.94 and such contractors have been paid a total of $627,554.36.

4.5 The amount of the difference between the amount in dollars referenced in Article 4.4 above is the amount that CPWG has been invoiced by the subcontractors, but has not yet paid, as of the date of this agreement.  This unpaid amount to subcontractors/vendors  is equal to $696,267.58.

4.6 It is agreed that LTTS will pay this amount ($696,267.58) directly to subcontractors and/or vendors on behalf of CPWG. CPWG shall ensure that CPWG and LTTS will receive appropriate

corresponding paperwork (such as unredacted lien waivers) in respect of such payments from the subcontractors/vendors. The following is a summary of the current billed amount to date, *but unpaid by CPWG.* The outstanding invoice amount is due to the three individual companies that are not current on this project:

Lariat Steel - $16,695.43
Mueller & Wilson – $579,798.15
Harrington Fiberglass - $99,774.00

CPWG confirms that to the best of its knowledge no payments are due to any other subcontractors and/or vendors (as identified in Article 2.1 or otherwise) and would not put on LTTS or its clients any additional liability. Any such balance payments that may appear during detailed discussions would be addition to the sum indicated in Article 4.5 for reimbursement as in Article 4.7.

4.7   Parties hereto agree that CPWG shall reimburse to LTTS the amount of $696,267.58 indicated in Article 4.4 in conjunction with Article 4.6 in four (4) installments within six (6) to ten (10) months starting from June 1st, 2023.

4.8   LTTS agrees to finish this project, assume the role of GC on this project going forward, pay future invoices for work, and assume overall GC roles and responsibilities, while CPWG will be relieved of same as a result of this MOU.

4.9   It is noted that CPWG has submitted several potential change orders (PCOs) to LTTS for consideration as of the date of this MOU. These pending change requests, for which change orders nor purchase orders have been provided to CPWG at this date, are not to be the responsibility of CPWG for either performance or payment.

5   Confidentiality
Both Parties agree to maintain strict confidentiality regarding the terms and conditions of this MOU and any confidential information exchanged during the transition process.

6   Governing Law
This MOU shall be governed by and construed in accordance with the laws of New Jersey (NJ). Any disputes arising from or related to this MOU shall be subject to the exclusive jurisdiction of the courts in NJ.

7   Entire Agreement
This MOU constitutes the entire agreement between the Parties with respect to its subject matter and supersedes all prior discussions, negotiations, and agreements, whether written or oral and is limited to this specific project.

Please signify your agreement with the terms and conditions outlined in this MOU by signing below. This MOU shall become effective upon the signatures of both parties.

**L&T Technology Services Limited**

PRASANNA DADASAHEB SHUKLA — Digitally signed by PRASANNA DADASAHEB SHUKLA Date: 2023.06.02 16:26:38 +05'30'

**Authorized Signatory,**
**L&T Technology Services Limited**

Date:

**Cribb Philbeck Weaver Group, Inc**

**Authorized Signatory**
**Cribb Philbeck Weaver Group, Inc**

Date: May 24, 2023

# EXHIBIT B

**Nandini P Nair**

---

**Subject:** FW: Review on San Antonio WWTS project – High attention Important Action items
**Attachments:** CPWG FINAL 24 MAY 2023.pdf

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Friday, June 2, 2023 9:07 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>
**Subject:** Fwd: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve ,
Thank you for your support and cooperation. We also would like to thank Dan and his support team for their support. What happened was never intended but an unfortunate situation.
We must serve our customers and do what we can to retain them and keep them satisfied.
PepsiCo is very important customer for us and based on their will and instructions we are forced to find new partners who are best suited to get the projects completed timely.
As we are working to get the other GC onboarded with us for PepsiCo projects, CPWG remains our partner of choice for other projects outside of PepsiCo.
Please see attached a copy of executed MOU for your reference. We will arrange a call next week to discuss how we can work together in the future projects.
Have a great weekend

Best Regards
PK Tickoo
5137678660

---

**From:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>
**Sent:** Friday, June 2, 2023 7:30:49 AM
**To:** PK <Praduman.Tickoo@Ltts.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>
**Subject:** FW: Review on San Antonio WWTS project - High attention Important Action items

PK,
Signed MoU for San Antonio. Can be shared with CPWG and for our works.

Ved

---

**From:** Antu BV <ANTU.BV@Ltts.com>
**Sent:** Friday, June 2, 2023 4:33 PM
**To:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>

1

**Cc:** PK <Praduman.Tickoo@Ltts.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Priyam Kumar <Priyam.Kumar@Ltts.com>; Prasanna Shukla <Prasanna.Shukla@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Revised and final signed one is attached here.

---

**From:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>
**Sent:** 02 June 2023 08:43
**To:** Antu BV <ANTU.BV@Ltts.com>
**Cc:** PK <Praduman.Tickoo@Ltts.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Priyam Kumar <Priyam.Kumar@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

ANTU,
The corrected MoU of San Antonio between CPWG and LTTS for further sign off by Prasanna ji.

Regards,
Ved

---

**From:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>
**Sent:** Friday, June 2, 2023 8:08 AM
**To:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>
**Cc:** PK <Praduman.Tickoo@Ltts.com>
**Subject:** Fwd: Review on San Antonio WWTS project - High attention Important Action items

Signed MoU from CPWG to be verified for correctness & to proceed executing fully from our end.

Thanks,
Varaprasad

Get Outlook for iOS

---

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Sent:** Thursday, June 1, 2023 7:14 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

Please see executed MOU.

Steve

**Stephen R. Tarte**

Principal/CEO

www.madridcpwg.com

Cell: (813) 334-9914

email: Steve.Tarte@madridcpwg.com

Florida: Bartow | Chipley | Jacksonville | Oviedo | St. Pete Beach | Tampa

Missouri: Branson | Arkansas: Springdale

**DBE/MBE/SBE Certified**

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, June 1, 2023 9:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Fwd: Review on San Antonio WWTS project - High attention Important Action items

Hi Dan,

attached is the one with name change. You can add both names if you would like. Please sign this and we can finalize on it today

Best Regards
PK Tickoo
5137678660

---

**From:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>
**Sent:** Friday, May 26, 2023 8:26:56 AM
**To:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve,

Requesting your singed copy on the attached latest version with your company name mentioned fully as mentioned in all of our P.O.'s & your invoices so for consistency.

Thanks,
Varaprasad.

---

**From:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>
**Sent:** Thursday, May 25, 2023 6:35 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal

3

<Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve, Dan,

We found some minor errors in the MoU. I have corrected those and attached. I request you to please sign and send back asap.

The changes are as follows:
1. LTTS full name
2. CPWG full name
3. Date (below Steve's sign was indicating year 2022 in place of 2023)

I am communicating as PK is out of office and travelling.

Regards,
Ved

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Thursday, May 25, 2023 12:45 AM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

Please see attached.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 24, 2023 10:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve Dan,
Please see attached. I request you please sign it  and send back asap.
Believe me I hurting on time

4

**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660

L&T Technology Services
www.LTTS.com

   

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 23, 2023 at 2:02 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

All,

Please see attached with a few suggestions based on my read of the revised document.   PK and Vara if you and team could take a quick look at these before it goes out for future review to make sure we are on the same page that would be great.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 23, 2023 12:57 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Steve,
Please see attached the final clean version for you to sign. Please execute it today.
We request you send the emails to the venders today for us to start working on the transition

**Best Regards**

5

**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660

L&T Technology Services

www.LTTS.com



**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 23, 2023 at 7:27 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

Sounds good. I just used the language you and your team provided in the initial MOU. But, if we need to adjust the payment time line, let's get it figured out.

Thanks.

Dch

Get Outlook for iOS

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Monday, May 22, 2023 7:45:34 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
I would need to run this by our team to get their consent. I will do that early morning tomorrow ns subsequently will suggest any changes if needed.
In principal I am OK but we would need to set the time line on repayments

**Best Regards**
**Praduman K Tickoo (PK)**

Global Client Partner
**M:** +1-5137678660

 L&T Technology Services

www.LTTS.com

  

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Monday, May 22, 2023 at 3:18 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

I added some details as we discussed and tried to make it clear for our path forward.   Hopefully, this will help us all in the future!

Thanks.

dch

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Friday, May 19, 2023 3:46 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
Per our conversation please see the updated. I have highlighted the areas where we need to fill in mutually agreed numbers based on your calculations.
I request you work on this today and send it back by tonight or tomorrow morning.

Ved / Vara – Please fill in the numbers as per your calculations in the men time

*Best Regards*
*Praduman K Tickoo (PK)*

Global Client Partner
**M:** +1-5137678660

 L&T Technology Services
www.LTTS.com

  

---

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Friday, May 19, 2023 at 3:32 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

It was good to talk with you.  As we discussed, we will get something in place by COB Monday that we can work with for the San Antonio project.

Thanks.

dch

---

**From:** Dan Hart
**Sent:** Friday, May 19, 2023 1:45 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Pk,

I was waiting for you to respond with the changes.  There is now also a desire to finalize some details of the agreement, such as what LTTS is expecting in terms of repayment and what any terms of that repayment are.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, May 18, 2023 8:26 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@Ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Team,
We did not get anything back today on MOU. Can we please ensure we have the document back tomorrow.


***Best Regards***
***Praduman K Tickoo (PK)***
Global Client Partner
**M:** +1-5137678660
 L&T Technology Services
www.LTTS.com

  


**From:** PK <Praduman.Tickoo@Ltts.com>
**Date:** Wednesday, May 17, 2023 at 2:32 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
Yes we need to have the conversations urgently with the subcontractors.
It is not if it happens but how soon can we make it happen. Please cooperate and help us move froward in resolving customer concerns.
Vara - Please schedule the calls

Best Regards
PK Tickoo
5137678660

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Wednesday, May 17, 2023 2:26:01 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R

Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

---

**CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,

There are seemingly some comments coming. But initially the doc says there have been "overpayments" made and that is not correct. Payments have been made in general accordance with terms of PO.

There are comments/concerns regarding the details as Steve alluded to. If you think it is urgent to talk to subs, I suggest conversation is focused around this concept being something that is being considered/planned for in the event it happens. At least this does not stagnate the the process.

Thanks.

Dch


Get Outlook for iOS

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 17, 2023 9:11:32 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Thanks Steve,
Please rush this process as what we do not have is the luxury of time. We need this sorted today. Please help getting the conversations started with sub cons today.


**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Date:** Wednesday, May 17, 2023 at 7:12 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>, Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Good morning PK,

we have reviewed and provided to our attorney for review.  I expect a fairly quick turn around.

We do have changes to suggest and more detailed information we believe that needs included.  Dan will take the lead with you on the content.

Regards,
Steve


Sent via the Samsung Galaxy S10+, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 6:48:03 PM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve and Dan,
Please see attached the NDA as discussed. Let me know if you any questions. Please sign and return a copy by tomorrow.


***Best Regards***
***Praduman K Tickoo (PK)***
Global Client Partner
**M:** +1-5137678660
 L&T Technology Services
www.LTTS.com

   

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 11:05 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Gents,

I have not been through something like this before, but it would seem to me that we would need a plan or an MOU at least or something, between CPWG and LTTS with a fully understood plan of action moving forward.  Then once we agree on a plan, we could put the plan into motion and make the necessary contacts with folks and then get whatever paperwork is needed in place with them as well.

Just my thoughts.

Thanks.

dch

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 10:14 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve,

Thanks for your understand and cooperation.
I apologize for some lose comments about the commercials by Vedanarayana on the call with Burt. We will manage these conversations differently going forward with other Subs.


*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 9:59 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Dan Hart <Dan.Hart@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@Ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Good morning PK,

I agree with the contents of our discussion yesterday.  My concern right now is making sure that there is coordination on how to inform the sub-contractors and that Dan and Vann would take the lead in those discussions.  There was a call today with Burt's and LTTS personal "dropped the bomb" of the change without coordination.

I believe this prior coordination and scripting is important to not disrupt the sub-contractor's willingness to remain and complete the project.

Regards,
Steve

**Stephen R. Tarte**

Principal/CEO

Cell: (813) 334-9914

email: Steve.Tarte@madridcpwg.com

Florida: Bartow | Chipley | Jacksonville | Oviedo | St. Pete Beach | Tampa
Missouri: Branson | Arkansas: Springdale

www.madridcpwg.com

**DBE/MBE/SBE Certified**

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 9:45 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@Ltts.com>
**Subject:** Review on San Antonio WWTS project - High attention Important Action items

HI Steve,
Good morning

Just wanted to document our discussion yesterday. Per PepsiCo's request, LTTS will assume the GC roll for San Antonio Project directly with immediate effect.

We request your cooperation and support on this . We would like to you to please communicate this to your subcontractors and ask them to cooperate with us as we figure out this transition.

We will keep all your commercials confidential and will not disclose it to larger audience in LTTS.

Also as discussed we would like to have Vann as part of this project, please help to make this happen.

Please let me know if you have any suggestions or concerns. Please respond by noon today with any concerns.

**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660
L&T Technology Services
www.LTTS.com

   

**From:** Varaprasad.Gurajapu@Ltts.com
**When:** 10:00 AM - 10:30 AM May 15, 2023
**Subject:** Review on San Antonio WWTS project - High attention Important Action items
**Location:** Microsoft Teams Meeting

**Agenda :**

1. Review on submitted / pending Lien Waiver letters from CPWG Sub cons.
2. Feedback from PepsiCo, alignment, acceptance to determine the potential next steps.
3. Immediate next steps & approvals received on change order for BPE to proceed.
4. Final strategy / approach to derive updated engagement roadmap …

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 456 463 710 375
Passcode: U8Tk6G
Download Teams | Join on the web

Learn More | Meeting options

**L&T Technology Services Ltd**

14

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal

data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain

confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

Exhibit B

 Outlook

## RE: Review on San Antonio WWTS project - High attention Important Action items

**From** Steve Tarte <Steve.Tarte@madridcpwg.com>

**Date** Fri 6/2/2023 5:44 AM

**To** PK <Praduman.Tickoo@Ltts.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>

📎 1 attachment (3 MB)
2023-06-01_201018.pdf;

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

PK,

Please see executed MOU.

Steve

| | |
|---|---|
| [Logo]<br>www.madridcpwg.com | **Stephen R. Tarte**<br>Principal/CEO |
| [World Wide Web icon]<br>[Facebook icon]<br>[LinkedIn icon]<br>[Twitter icon] | **Cell: (813) 334-9914**<br>**email:** Steve.Tarte@madridcpwg.com<br><br>Florida: Bartow \| Chipley \| Jacksonville \| Oviedo \| St. Pete Beach \| Tampa<br>Missouri: Branson \| Arkansas: Springdale |

**DBE/MBE/SBE Certified**

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, June 1, 2023 9:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Fwd: Review on San Antonio WWTS project - High attention Important Action items

Hi Dan,

attached is the one with name change. You can add both names if you would like. Please sign this and we can finalize on it today

Best Regards

PK Tickoo

5137678660

**From:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>
**Sent:** Friday, May 26, 2023 8:26:56 AM
**To:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita Khangani <Sarita.Khangani@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@Ltts.com>; Preston O'Connor

<Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>; Vann Elliott
<Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items
Hi Steve,
Requesting your singed copy on the attached latest version with your company name mentioned fully as
mentioned in all of our P.O.'s & your invoices so far for consistency.
Thanks,
Varaprasad.

**From:** R Vedanarayanan <R.Vedanarayanan@Ltts.com>
**Sent:** Thursday, May 25, 2023 6:35 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; Sarita
Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal
<Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>; PK <Praduman.Tickoo@Ltts.com>;
Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items
Hi Steve, Dan,
We found some minor errors in the MoU. I have corrected those and attached. I request you to please sign and
send back asap.
The changes are as follows:
1. LTTS full name
2. CPWG full name
3. Date (below Steve's sign was indicating year 2022 in place of 2023)
I am communicating as PK is out of office and travelling.
Regards,
Ved

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Thursday, May 25, 2023 12:45 AM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott
<Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R
Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal
<Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor
<Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
> Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
> phishing@Ltts.com. Thank you

PK,
Please see attached.
Thanks.
dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 24, 2023 10:33 AM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott
<Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R
Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal
<Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor
<Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items
Hi Steve Dan,
Please see attached. I request you please sign it and send back asap.

Believe me I hurting on time
**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660


www.LTTS.com

> **From:** Dan Hart <Dan.Hart@madridcpwg.com>
> **Date:** Tuesday, May 23, 2023 at 2:02 PM

**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@Ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
> Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
> phishing@Ltts.com. Thank you

All,
Please see attached with a few suggestions based on my read of the revised document. PK and Vara if you and team could take a quick look at these before it goes out for future review to make sure we are on the same page that would be great.
Thanks.
dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 23, 2023 12:57 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@Ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items
Steve,
Please see attached the final clean version for you to sign. Please execute it today.
We request you send the emails to the venders today for us to start working on the transition
**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660


www.LTTS.com

> **From:** Dan Hart <Dan.Hart@madridcpwg.com>
> **Date:** Tuesday, May 23, 2023 at 7:27 AM

**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal

<Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
phishing@Ltts.com. Thank you

Pk,
Sounds good. I just used the language you and your team provided in the initial MOU. But, if we need to adjust
the payment time line, let's get it figured out.
Thanks.
Dch
Get Outlook for iOS

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Monday, May 22, 2023 7:45:34 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott
<Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R
Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal
<Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor
<Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items
Dan,
I would need to run this by our team to get their consent. I will do that early morning tomorrow ns subsequently
will suggest any changes if needed.
In principal I am OK but we would need to set the time line on repayments
*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Monday, May 22, 2023 at 3:18 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott
<Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly
<Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani
<Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal
<Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
phishing@Ltts.com. Thank you

PK,
I added some details as we discussed and tried to make it clear for our path forward. Hopefully, this will help us all
in the future!
Thanks.
dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Friday, May 19, 2023 3:46 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott
<Vann.Elliott@cpwgconstructors.com>

**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>

**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,

Per our conversation please see the updated. I have highlighted the areas where we need to fill in mutually agreed numbers based on your calculations.

I request you work on this today and send it back by tonight or tomorrow morning.

Ved / Vara – Please fill in the numbers as per your calculations in the men time

**Best Regards**

**Praduman K Tickoo (PK)**

Global Client Partner

**M:** +1-5137678660

www.LTTS.com

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Friday, May 19, 2023 at 3:32 PM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@Ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
> Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
> phishing@Ltts.com. Thank you

Pk,

It was good to talk with you. As we discussed, we will get something in place by COB Monday that we can work with for the San Antonio project.

Thanks.

dch

**From:** Dan Hart
**Sent:** Friday, May 19, 2023 1:45 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@Ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

Pk,

I was waiting for you to respond with the changes. There is now also a desire to finalize some details of the agreement, such as what LTTS is expecting in terms of repayment and what any terms of that repayment are.

Thanks.

dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Thursday, May 18, 2023 8:26 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>

Case 2:25-cv-01588-BRM-AME    Document 1-4    Filed 03/03/25    Page 34 of 44 PageID: 68

11/26/24, 7:36 PM                    RE: Review on San Antonio WWTS project High attention Important Action items - Rashi Khandelwal - Outlook

**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items
Team,
We did not get anything back today on MOU. Can we please ensure we have the document back tomorrow.
***Best Regards***
***Praduman K Tickoo (PK)***
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

**From:** PK <Praduman.Tickoo@Ltts.com>
**Date:** Wednesday, May 17, 2023 at 2:32 PM
**To:** Dan Hart <Dan.Hart@madridcpwg.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Dan,
Yes we need to have the conversations urgently with the subcontractors.
It is not if it happens but how soon can we make it happen. Please cooperate and help us move froward in resolving customer concerns.
Vara - Please schedule the calls
Best Regards
PK Tickoo
5137678660

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Sent:** Wednesday, May 17, 2023 2:26:01 PM
**To:** PK <Praduman.Tickoo@Ltts.com>; Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Pk,
There are seemingly some comments coming. But initially the doc says there have been "overpayments" made and that is not correct. Payments have been made in general accordance with terms of PO.
There are comments/concerns regarding the details as Steve alluded to. If you think it is urgent to talk to subs, I suggest conversation is focused around this concept being something that is being considered/planned for in the event it happens. At least this does not stagnate the the process.
Thanks.

11/26/24, 7:36 PM                    RE: Review on San Antonio WWTS project - High attention Important Action items - Rashi Khandelwal - Outlook

Dch

Get Outlook for iOS

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Wednesday, May 17, 2023 9:11:32 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Thanks Steve,

Please rush this process as what we do not have is the luxury of time. We need this sorted today. Please help getting the conversations started with sub cons today.

*Best Regards*
*Praduman K Tickoo (PK)*
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

---

> **From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
> **Date:** Wednesday, May 17, 2023 at 7:12 AM
> **To:** PK <Praduman.Tickoo@Ltts.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>, Dan Hart <Dan.Hart@madridcpwg.com>
> **Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>, Preston O'Connor <Preston.OConnor@Ltts.com>
> **Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@Ltts.com. Thank you

Good morning PK,

we have reviewed and provided to our attorney for review. I expect a fairly quick turn around.

We do have changes to suggest and more detailed information we believe that needs included. Dan will take the lead with you on the content.

Regards,

Steve

Sent via the Samsung Galaxy S10+, an AT&T 5G Evolution capable smartphone

Get Outlook for Android

---

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 6:48:03 PM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>; Dan Hart <Dan.Hart@madridcpwg.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>; Preston O'Connor <Preston.OConnor@Ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items

Hi Steve and Dan,

Please see attached the NDA as discussed. Let me know if you any questions. Please sign and return a copy by tomorrow.

**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

**From:** Dan Hart <Dan.Hart@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 11:05 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Steve Tarte <Steve.Tarte@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> **CAUTION:** This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to phishing@ltts.com. Thank you

Gents,
I have not been through something like this before, but it would seem to me that we would need a plan or an MOU at least or something, between CPWG and LTTS with a fully understood plan of action moving forward. Then once we agree on a plan, we could put the plan into motion and make the necessary contacts with folks and then get whatever paperwork is needed in place with them as well.
Just my thoughts.
Thanks.
dch

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 10:14 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Re: Review on San Antonio WWTS project - High attention Important Action items
Hi Steve,
Thanks for your understand and cooperation.
I apologize for some lose comments about the commercials by Vedanarayana on the call with Burt. We will manage these conversations differently going forward with other Subs.
**Best Regards**
**Praduman K Tickoo (PK)**
Global Client Partner
**M:** +1-5137678660

www.LTTS.com

**From:** Steve Tarte <Steve.Tarte@madridcpwg.com>
**Date:** Tuesday, May 16, 2023 at 9:59 AM
**To:** PK <Praduman.Tickoo@Ltts.com>, Dan Hart <Dan.Hart@madridcpwg.com>, Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>, Pawan Kumar Jaitly

<Pawan.Jaitly@Ltts.com>, R Vedanarayanan <R.Vedanarayanan@Ltts.com>, Sarita Khangani <Sarita.Khangani@ltts.com>, Nandlal Pal <Nandlal.Pal@Ltts.com>, Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>

**Subject:** RE: Review on San Antonio WWTS project - High attention Important Action items

> CAUTION: This email is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.
> Phishing attempts can be reported by using the report message button in Outlook or sending them as an attachment to
> phishing@Ltts.com. Thank you

Good morning PK,

I agree with the contents of our discussion yesterday. My concern right now is making sure that there is coordination on how to inform the sub-contractors and that Dan and Vann would take the lead in those discussions. There was a call today with Burt's and LTTS personal "dropped the bomb" of the change without coordination.

I believe this prior coordination and scripting is important to not disrupt the sub-contractor's willingness to remain and complete the project.

Regards,

Steve

Image removed by sender. Logo    **Stephen R. Tarte**
www.madridcpwg.com    Principal/CEO

Image removed by sender, World Wide Web icon    Cell: (813) 334-9914

email: Steve.Tarte@madridcpwg.com

Image removed by sender, Facebook icon

Image removed by sender, LinkedIn icon    Florida: Bartow | Chipley | Jacksonville | Oviedo | St. Pete Beach | Tampa

Image removed by sender, Twitter icon    Missouri: Branson | Arkansas: Springdale

**DBE/MBE/SBE Certified**

**From:** PK <Praduman.Tickoo@Ltts.com>
**Sent:** Tuesday, May 16, 2023 9:45 AM
**To:** Steve Tarte <Steve.Tarte@madridcpwg.com>; Dan Hart <Dan.Hart@madridcpwg.com>; Vann Elliott <Vann.Elliott@cpwgconstructors.com>
**Cc:** Varaprasad Gurajapu <Varaprasad.Gurajapu@Ltts.com>; Pawan Kumar Jaitly <Pawan.Jaitly@Ltts.com>; R Vedanarayanan <R.Vedanarayanan@Ltts.com>; Sarita Khangani <Sarita.Khangani@ltts.com>; Nandlal Pal <Nandlal.Pal@Ltts.com>; Sanjay Kumar Barnwal <Sanjay.Barnwal@ltts.com>
**Subject:** Review on San Antonio WWTS project - High attention Important Action items

HI Steve,

Good morning

Just wanted to document our discussion yesterday. Per PepsiCo's request, LTTS will assume the GC roll for San Antonio Project directly with immediate effect.

We request your cooperation and support on this . We would like you to please communicate this to your subcontractors and ask them to cooperate with us as we figure out this transition.

We will keep all your commercials confidential and will not disclose it to larger audience in LTTS.

Also as discussed we would like to have Vann as part of this project, please help to make this happen.

Please let me know if you have any suggestions or concerns. Please respond by noon today with any concerns.

**Best Regards**

**Praduman K Tickoo (PK)**

Global Client Partner

**M:** +1-5137678660

www.LTTS.com

Case 2:25-cv-01588-BRM-AME    Document 1-4    Filed 03/03/25    Page 38 of 44 PageID: 62

11/26/24, 7:36 PM                RE: Review on San Antonio WWTS project High attention Important Action items - Rashi Khandelwal - Outlook

**From:** Varaprasad.Gurajapu@Ltts.com
**When:** 10:00 AM - 10:30 AM May 15, 2023
**Subject:** Review on San Antonio WWTS project - High attention Important Action items
**Location:** Microsoft Teams Meeting
**Agenda :**
1. Review on submitted / pending Lien Waiver letters from CPWG Sub cons.
2. Feedback from PepsiCo, alignment, acceptance to determine the potential next steps.
3. Immediate next steps & approvals received on change order for BPE to proceed.
4. Final strategy / approach to derive updated engagement roadmap ...

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 456 463 710 375
Passcode: U8Tk6G
Download Teams | Join on the web

Learn More | Meeting options

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

www.LTTS.com

L&T Technology Services Limited (LTTS) is committed to safeguard your privacy. Read the appropriate privacy notice applicable to you to know more about how LTTS collects, uses and stores your personal data. Please visit our privacy policy available on our website www.Ltts.com for more information about our commitment towards data privacy under applicable data protection laws. This email may contain confidential or privileged information for the intended recipient(s). If you are not the intended recipient, please do not use or disseminate the information, notify the sender and delete it from your system.

**L&T Technology Services Ltd**

# EXHIBIT C

 **L&T Technology Services**

*L&T Technology Services Limited*
*2035 Lincoln Highway, Suite # 3002*
*Edison Square West, Edison*
*NJ - 08817, USA*

Date: 3 August 2023

Exhibit C

To,

CPWG Engineering
3918, N Highland Avenue
Tampa, Florida, 33603

Re:   **Pepsi Denver Mustang WWTS Project- 7190 Tower Road, Denver, CO- 80249**
       **CPWG Project No C2000062.00**

Sub:   **Your Notice of Claim for Unpaid Labour and Materials (Notice of Claim)**

This is in response to your Notice of Claim dated July 25, 2023, along with Notice of Intent to Lien of the same date, the receipt of which we hereby acknowledge, without prejudice. We are replying to the Notice of Intent to Lien separately.

With regard to your Notice of Claim we reiterate that your claims for unpaid Labour and Materials are baseless and not maintainable and that the Invoices referred to in your Notice of Claim are not payable for the reasons stated below:

(a) The two invoices with Invoice No. 23042601 dated April 26th , 2023, (for placing order for pH adjustment system to supplier) and Invoice No 23053002 dated May 30, 2023 (for placing order of long lead items, such as pumps, tanks, instruments, electrical and electronics and other bulk materials), both for USD 401,000.40 raised by CPWG in respect of Stage 2 Procurement do not reflect completion of respective milestones, nor the Services provided were in line with the provisions of the contract. Hence these invoices are disputed and hereby rejected.

(b) For the Invoice No 23053001 dated May 30, 2023, for USD 22,277.80 in respect of Engineering- submittal of permit documents, though the milestone is achieved, the said Invoice may be adjusted against the advance payment of USD 334,167.00 made by LTTS on 20th of July 2022.

**Tel: +1 732 248 6111  Fax: +1 7322485899  www.Ltts.com**
**Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai – 400 001. INDIA**

**L&T Technology Services is a subsidiary of Larsen & Toubro Limited**



 **L&T Technology Services**

*L&T Technology Services Limited*
*2035 Lincoln Highway, Suite # 3002*
*Edison Square West, Edison*
*NJ - 08817, USA*

Moreover, you have not submitted a Bank Guarantee against advance payment of USD 144,805.70 in accordance with the Special Condition No 9. As we have been working on other projects for PepsiCo under the same contract, we have always been accommodating your requests for payments. As per the Memorandum of Understanding signed between LTTS and CPWG, for the San Antonio Project, we have also made payment to the tune of USD 696,267.58 to your vendors/sub-contractors on your behalf which you are required to reimburse to us as agreed.

In view of the above, we submit that there are no unpaid amounts owed to you from us and therefore the Notice of Claim is erroneous and bad in law. We therefore state that consequent to the Notice of Claim being erroneous, the Notice of Intent to Lien is also not maintainable.

We therefore call upon you to withdraw both Notice of Claim and the Notice of Intent to Lien at the earliest and issue a fresh letter/notice stating that all outstanding payments owned to you under the Purchase Order No 2000002967 dated 12th May 2022 have been discharged by LTTS.

Your Notice of Intent to Lien dated 25th July 2023, is being replied to separately.

Please note that in the event of your not withdrawing the Notices we will defend the same at your entire risk, cost and consequences.

Yours Truly

Subrat Tripathy,
(Chief Business Officer)

cc: Pepsi Bottling Company- 3801 Brighton Blvd., Denver CO 80216
   (Via Certified Mail)

   Luke.Lytle@bwdesigngroup.com; Penelope.Capriola@pepsico.com;
   Philip.Porter@pepsico.com; gocker.gokce@pepsico.com
   (Via e-mail)

**Tel: +1 732 248 6111   Fax: +1 7322485899   www.Ltts.com**
**Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai - 400 001. INDIA**

**L&T Technology Services is a subsidiary of Larsen & Toubro Limited**



# EXHIBIT D

Exhibit D

 **L&T Technology Services**

L&T Technology Services Limited
2035 Lincoln Highway, Suite # 3002
Edison Square West, Edison
NJ - 08817, USA

August 17, 2023

Attn: Steve Tarte, Principal/CEO
Cribb Philbeck Weaver Group, Inc
3918 N. Highland Avenue
Tampa, Florida, 33603

**Re:    Memorandum of Understanding, dated May 22, 2023, (the "MOU"), between L&T Technology Services Ltd. ("LTTS") and Cribb Philbeck Weaver Group, Inc ("CPWG") for PepsiCo San Antonio Project-6100 NE Interstate 410 Loop, San Antonio, TX 78218 (the "Project")**

**Sub:   Reimbursement of US $ 696,267.58 by CPWG to LTTS**

Mr. Tarte,

This is in reference to certain provisions within our agreed upon and executed Memorandum of Understanding ("MOU") dated May 22, 2023, between LTTS and CPWG, in relation to the PepsiCo Project in San Antonio, Texas (attached herewith). Specifically, this is in reference to two specific clauses that are included within the executed MOU:

1) **Clause 4.6**: Receipt of paperwork regarding payment (s) from subcontractors, Lariat Steel, Mueller & Wilson and Harrington Fiberglass.

2) **Clause 4.7**: Reimbursement of $696,267.58 USD to LTTS based on the agreed upon payment schedule of four (4) installments beginning June 1, 2023.

As of the date of this letter, we have not yet received either. Thus, this is a formal demand for the required paperwork and documentation and the first installment of monies owed as per the payment schedule. We hereby demand the first installment payment within 5 (five) business days from the date of this letter.

If we do not receive such payment on or before August 24, 2023, at 5:00 PM EST, we will exercise all our rights and remedies for collecting the debt. The failure to pay the required amount within the time set forth above may result in the imposition of interest and other charges as permitted by law, as the Court may determine.

This letter shall serve as, and constitute formal, written notice to you that LTTS continues to demand full and strict compliance with the terms of our agreement. This letter is given to enforce and preserve LTTS's rights and is not a waiver of any defaults.

*Tel: +1 732 248 6111  Fax: +1 7322485899  www.Ltts.com*
*Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai - 400 001. INDIA*

*L&T Technology Services is a subsidiary of Larsen & Toubro Limited*



 **L&T Technology Services**

*L&T Technology Services Limited*
*2035 Lincoln Highway, Suite # 3002*
*Edison Square West, Edison*
*NJ - 08817, USA*

If you have any questions, please contact me immediately at "nandini.nair@ltts.com". We look forward to your prompt response.

Yours sincerely
For L&T Technology Services Limited

Nandini P. Nair
General Counsel

*Tel: +1 732 248 6111   Fax: +1 7322485899   www.Ltts.com*
*Registered Office: L&T House, N. M. Marg, Ballard Estate, Mumbai - 400 001. INDIA*

*L&T Technology Services is a subsidiary of Larsen & Toubro Limited*