# Exhibit 4




**Aaron J. Gold**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7614
agold@kelleydrye.com

December 11, 2024

**By Email**

Steve Tarte
Principal / Chief Executive Officer
Cribb Philbeck Weaver Group, Inc.
3918 North Highland Avenue
Tampa, FL 33603

Re:   *Demand for Past Due Amounts Totaling $913,378.02*

Dear Mr. Tarte:

Our firm represents L&T Technology Services ("LTTS"). I write concerning Cribb Philbeck Weaver Group, Inc.'s ("CPWG") failure to pay nearly one million dollars owed to LTTS relating to matters concerning the PepsiCo San Antonio Project-6100 NE Interstate 410 Loop, San Antonio, TX 78218 (the "Project"). CPWG's duty to pay LTTS is a straightforward obligation under the Project, concerns no other business dealings between CPWG and LTTS, and thus CPWG's delinquency is wholly unjustified.

Specifically, under Section 4.7 of the Memorandum of Understanding, dated May 22, 2023 (the "MOU") relating to the Project, CPWG owes LTTS $696,267.58. Further, CPWG's failure to competently perform its work as a sub-contractor at the Project not only damaged LTTS' reputation but forced it to incur an additional cost of $217,110.44 to: (i) hire another contractor to complete the Project, (ii) acquire additional building materials, and (iii) pay for removal of debris from the Project site. Hence the aggregate outstanding amount owed by CPWG to LTTS is $913,378.02. CPWG is aware of its duty to pay the outstanding amount, its ongoing delinquency is not only disappointing but unbecoming of an honest business.

LTTS has nonetheless reminded you on at least three occasions via its letters and as recently as November 26, 2024, in which LTTS proposed meeting with CPWG representatives in effort to resolve this dispute amicably. LTTS even invited you to visit its offices on December 4, 2024 so that members of both companies could meet in person and hash things out like sensible businessmen. As is becoming your pattern, you did not even have the courtesy to reply, never mind meet with LTTS.

LTTS is out of patience and will no longer tolerate CPWG's unjustified refusal to satisfy its obligations. CPWG has until close of business on December 17, 2024 to confirm in writing that it will pay $913,378.02 no later than December 23, 2024. Should CPWG again refuse, or otherwise attempt to string LTTS along, LTTS will pursue all legal remedies available to force CPWG to pay what it owes at CPWG's entire risk, cost, and consequences. LTTS reserves all rights.

Steve Tarte
December 11, 2024

Sincerely,

Aaron J. Gold

cc:  Deepak Nambiar
     Philip D. Robben

**KELLEY DRYE & WARREN LLP**                                                                 2