Philip D. Robben
Aaron J. Gold
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
probben@kellydrye.com
agold@kelleydrye.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| L&T Technology Services Limited,<br><br>Plaintiff,<br><br>v.<br><br>Cribb Philbeck Weaver Group, Inc.,<br><br>Defendant. | Case No. 2:25-cv-1588<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, Plaintiff L&T Technology Services Limited ("LTTS"), declares the following:

1. LTTS is a limited company organized under the laws of India and is publicly traded on the National Stock Exchange of India Limited ("NSE") and the Bombay Stock Exchange ("BSE").

2. Larsen & Toubro Limited is the parent company of LTTS and is also publicly traded on the NSE and BSE.

3. No other publicly traded company owns 10% or more of the stock of LTTS.

4.  LTTS is not receiving any third-party litigation funding in connection with this action.

Dated: March 3, 2025                                Respectfully Submitted

                                                    */s/ Philip D. Robben*
                                                      Philip D. Robben
                                                      Aaron J. Gold
                                                      KELLEY DRYE & WARREN LLP
                                                      One Jefferson Road, 2nd Floor
                                                      Parsippany, NJ 07054
                                                      Tel: (973) 503-5900
                                                      Fax: (973) 503-5950
                                                      probben@kellydrye.com
                                                      agold@kelleydrye.com