Philip D. Robben
Aaron J. Gold
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
probben@kellydrye.com
agold@kelleydrye.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| L&T Technology Services Limited,<br><br>Plaintiff,<br><br>v.<br><br>Cribb Philbeck Weaver Group, Inc.,<br><br>Defendant. | Case No. 2:25-cv-1588<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Aaron J. Gold, Esq. of Kelley Drye & Warren

LLP, hereby enters an appearance as counsel for plaintiff L&T Technology Services

Limited.

Dated: March 3, 2025

Respectfully Submitted

*/s/ Aaron J.Gold*
Aaron J. Gold
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
agold@kelleydrye.com