## VERIFIED RETURN OF SERVICE

| Case:<br>2:25-CV-01588-BRM-AME | Court:<br>UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY | | Job:<br>12830573 |
|---|---|---|---|
| Plaintiff:<br>L&T TECHNOLOGY SERVICES LIMITED | | Defendant:<br>CRIBB PHILBECK WEAVER GROUP, INC | |
| Received by:<br>Classic Legal Support, Inc | | For:<br>Kelley Drye & Warren LLP | |
| To be served upon:<br>CRIBB PHILBECK WEAVER GROUP, INC: 5001 NORTH NEBRASKA AVENUE SUITE A, TAMPA, FL 33603 | | | |

I, Jack Key, am over the age of 18 years and not a party to this action. Pursuant to Florida Statute 92.525 under penalties of perjury, I declare that I have read the foregoing Verified Return Of Service, and that the facts stated in it are true and correct. I was authorized by law to make service of the documents or post the contents herein.

| | |
|---|---|
| Date & Time Received: | Mar 4, 2025 at 1:01pm EST |
| Person Served (Relationship/Title) | ALYSSA MCGEE, Bookkeeper/Authorized to Accept for CRIBB PHILBECK WEAVER GROUP, INC |
| Date & Time of Service: | Mar 5, 2025, 11:16 am EST |
| Manner of Service: | CORPORATION<br>By delivering a true copy of this process with the date and hour of service endorsed thereon by me and informing a designated employee of the Registered Agent of the contents in compliance with per Florida Statute 48.081(3)(a). |
| Documents: | SUMMONS / CIVIL ACTION COMPLAINT AND JURY DEMAND WITH EXHIBITS 1-4 / CIVIL COVER SHEET / RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

**Additional Comments:**
Description: ALYSSA MCGEE, Bookkeeper/Authorized to Accept for CRIBB PHILBECK WEAVER GROUP, INC. Other: W/F, 58 yrs, 5'9", 175 lbs., Black hair. Reg Agent and other officers not on the premises.

I affirm this **6th day of March 2025** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

_Jack Key_                    3-6-25

Jack Key                      Date
CPS 08528193

Classic Legal Support, Inc
2 Park Avenue, 20th Floor
New York, NY 10016