# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **L&T Technology Services Limited**<br>Plaintiff(s)<br><br>v.<br><br>**Cribb Philbeck Weaver Group, Inc.**<br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil Rule 6.1(b)]<br><br>**Civil Action No. 2:25-CV-1588** |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Cribb Philbeck Weaver Group, Inc. (CPWG) may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on March 5, 2025;

3. Time to Answer, Move, or otherwise Reply expires on March 26, 2025; and

4. Plaintiffs request for an extension of the time to file to May 26, 2025.

<i>Sheila Tarte</i><br>
Sheila Tarte, President for Defendant CPWG<br>
5001 N Nebraska Ave, Suite A<br>
Tampa, FL 33603

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I __Sheila Tarte__ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: __sheila.tarte@madridcpwg.com__

My case number is: __2:25-CV-01588-BRM-AME__

__/s/ Sheila Tarte__
Signature of Litigant

__5001 N. Nebraska Ave, Ste. A__
Mailing Address

__Tampa, FL 33603__
City, State, Zip Code

__813-382-3460__
Telephone Number

Date: __3/19/2025__

# CERTIFICATION OF SERVICE

I <u>Sheila Tarte</u>, certify that a copy of my motion was served
(name of Moving Party)
by <u>Email and Mail</u> on <u>3/19/2025</u> upon:
(Mail, Personal Service, etc.)   (Date)

<u>L & T Technology Services Ltd</u>
(Name of Opposing Party)

<u>2035 Lincoln Highway Ste. 3002</u>

<u>Edison Square West</u>

<u>Edison, NJ 08817</u>
(Address of Opposing Party)

Phillip Robben, probben@kelleydrye.com
Aaron Gold, agold@kelleydrye.com

*Sheila Tarte*
Name (Signature)