Gregory R. Preston, Esq.
Preston & Wilkins, LLC
76 South Orange Avenue, Suite 210
South Orange, New Jersey 07079
(212) 809-5808
Attorneys for Defendant Cribb Philbeck Weaver Group, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------X
L&T TECHNOLOGY SERVICES,
LIMITED,

                        Plaintiff,

            vs.

CRIBB PHILBECK WEAVER GROUP
INC.,

                        Defendants.
-------------------------------------------------------X

Case No. 2:25-cv-1588 (BRM)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Gregory R. Preston, a member of the firm of Preston & Wilkins, hereby appears as Counsel for Defendant Cribb Philbeck Weaver Group, Inc.

Dated:  April 4, 2025
           South Orange, New Jersey

                                             Preston & Wilkins, LLC

                                             By: Gregory R. Preston, Esq.